# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

AO-10 (WP)
Rev. 1/2004

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* <br> Hardiman, Thomas M. | 2. Court or Organization <br> U.S. District Court for the Western District of Pennsylvania | 3. Date of Report <br> August 16, 2004 (amended) |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br> U.S. District Judge - Active | 5. Report Type (check appropriate type) <br> ___ Nomination, Date ___ <br> ___ Initial __X__ Annual ___ Final | 6. Reporting Period <br> 01/01/03 to 12/31/03 |
|---|---|---|

| 7. Chambers or Office Address <br> 1014 U.S. Post Office & Courthouse <br> Seventh & Grant Streets <br> Pittsburgh, Pa. 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Partner | Reed Smith LLP |
| 2 Director | Big Brothers Big Sisters of Greater Pittsburgh, Inc. |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 2003 | Reed Smith LLP | $ 185,714 |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 2003 | The First City Company | |
| 2 | | |

RECEIVED FINANCIAL DISCLOSURE OFFICE Aug 26 11 02 AM '04

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | August, 16, 2004 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | Academy of Trial Lawyers of Allegheny County | Honorary Membership | $ 500.00 |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000  P3=25,000,001-50,000,000  P4=50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including tru t assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of r porting period (1) Value Code2 (J-F) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, | | | | | | | | | |
| 1 PNC Checking Account | A | Int. | · L | T | | | | | |
| ESB Bank Savings Account | A | Int. | M | T | Buy | 8/13 | L | | |
| 2 PNC Money Market Account | C | Int. | M. | T | | | | | |
| 3 Vanguard Prmcp Mut. Fund (MF) | A | Div. | K | T | | | | | |
| 4 Columbia Banc Common Stk (CS) | A | Div. | K | T | | | | | |
| 5 Evoxis Convertible Debt | | None | D | T | Buy | 8/18 | J | | |
| 6 WACHOVIA EQUITY ACCT. | | | | - | | | | | |
| 7 Evergreen Money Market (MM) | A | Int. | L | T | | | | | |
| 8 Aldila CS | | None | J | T | | | | | |
| 9 America West CS | | None | | | Sell | 4/4 | J | | |
| Apria Healthcare Group CS | | None | J | T | Buy | 5/16 | J | | |
| AT&T CS | A | Div. | J | T | Buy Buy | 8/8 10/8 | K J | | |
| Bank of America CS | A | Div. | J | T | Buy | 10/28 | J | | |
| 10 Bell South CS | A | Div. | J | T | | | | | |
| 11 BJ's Wholesale CS | | None | K | T | | | | | |
| 12 Borders Group CS | | None | J | T | | | | | |
| Cable & Wireless PLC | | None | J | T | Buy | 3/3 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,0 0,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Ca h/M rket | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | August 16, 2004 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 13 Capital One Financial CS | A | Div. | K | T | Buy | 1/24 | J | | |
| 14 Citigroup CS | A | Div. | K | T | | | | | |
| 15 Cold Metal Products CS | | None | | | Sell | 6/4 | J | | |
| 16 Cole National Corp. CS | | None | K | T | | | | | |
| 17 Cooper Tire & Rubber CS | A | Div. | J | T | | | | | |
| 18 Cytec Inc. CS | | None | | | Sell | 4/30 | J | A | |
| 19 Dawson Geophysical CS | | None | J | T | | | | | |
| 20 Disney CS | A | Div. | K | T | Sell part | 5/12 | J | A | |
| 21 Dycom Indus. CS | | None | | | Sell | 8/26, 12/10 | J | D | |
| 22 Fairchild Semiconductor CS | | None | | | Sell | 9/12, 11/24 | J | D | |
| 23 Fannie Mae CS | A | Div. | K | T | Buy | 8/20 | J | | |
| 24 Globespanvitra Inc. CS | | None | | | Sell | 4/2 | K | B | |
| 25 Goodrich Corp. CS | A | Div. | | | Sell | 5/30 | J | | |
| 26 Gundle SLT CS | | None | K | T | | | | | |
| 27 Loews Corp. CS | A | Div. | J | T | | | | | |
| 28 Magellan Health Svcs. CS | | None | | | Sell | 4/30 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 P4=More than $50,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash / arket | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Thomas M. Hardiman | Au ust 16, 2004 |

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Desc iption of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting pe iod (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 29 Massey Energy CS | A | Div. | | | Sell | 5/9, 5/30 | K | A | |
| Medco Health Solutions CS (Merck spinoff) | | None | J | T | Buy | 8/20 | J | | |
| Merck CS | A | Div. | K | T | Buy | 1/30 | J | | |
| 30 Motorola Inc. CS | A | Div. | J | T | | | | | |
| 31 MPS Group CS | | None | J | T | Sell part | 10/23 | J | A | |
| 32 Newmont Mining CS | A | Div. | J | T | | | | | |
| 33 Nucen rix Broadband CS | | None | J | T | | | | | |
| 34 Payless Shoesource CS | | None | | | Sell | 5/28 | J | | |
| 35 Peak Int'l CS | | None | J | T | | | | | |
| 36 PNC Financial Svcs CS | A | Div. | K | T | | | | | |
| 37 Reuters Group PLC ADR | A | Div. | K | T | | | | | |
| 38 Sangstat Medical Corp. CS | | None | | | Buy Sell | 1/21 9/12 | K K | D | |
| 39 Sears Roebuck & Co. CS | A | Div. | K | T | | | | | |
| 40 Sprint Corp. CS | A | Div. | K | T | | | | | |
| 41 Tektronix Inc. CS | | None | | | Sell | 5/6 | J | A | |
| 42 Travelers PPTY Class A CS | A | Div. | | | Sell | 5/5 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | August 16, 2004 |

## VII. Page 4  INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, rede ption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Ident ty of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 43  Travelers PPTY Class B CS | A | Div. | | | Sell | 5/14 | J | | |
| 44  United Therapeutics CS | | None | K | T | Sell part | 7/8, 9/16 | J | C | |
| 45  UST Inc. CS | B | Div. | K | T | | | | | |
| 46  Waste Management CS | A | Div. | K | T | | | | | |
| 47 | | | | | | | | | |
| 48  WACHOVIA BOND ACCT. | | | | | | | | | |
| 49  Evergreen MMF | A | Int. | J | T | | | | | |
| 50  Duke Energy Pfd. Stk. (PF) | B | Div. | J | T | | | | | |
| 51  Goodyear Tire PF | B | Div. | K | T | | | | | |
| 52  Ryder System Inc. PF | B | Div. | K | T | | | | | |
| 53  Safeco Cap PF | B | Div. | K | T | | | | | |
| 54  Franklin Biotech MF | A | Div. | J | T | | | | | |
| 55  Investment Co. MF | A | Div. | K | T | | | | | |
| 56  Putnam New Opp. MF | A | Div. | J | T | | | | | |
| 57  Wash. Mut. Inves. MF | A | Div. | K | T | | | | | |
| 58 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of

*spouse and dependent children. See pp. 34-57 of Instructions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset<br>exempt from prior disclosure.* | B.<br>Income during<br>reporting period | | C.<br>Gross value<br>at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| | NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 59 | 401(k) ACCOUNT #1 | | | | | | | | | |
| 60 | Principal MM | A | Int. | J | T | | | | | |
| 61 | Principal Large Cap MF | A | Div. | K | T | | | | | |
| 62 | Principal Med. Co. Bld MF | A | Div. | J | T | | | | | |
| 63 | Principal Sm. Co. Grwth MF | A | Div. | J | T | | | | | |
| 64 | Principal Int'l Stock MF | A | Div. | J | T | | | | | |
| 65 | Principal Fin. Grp Inc. | A | Div. | J | T | Buy | 6/30 | J | | |
| 66 | 401(k) ACCOUNT #2 | | | | | | | | | |
| 67 | Dreyfus US Treasury MM | A | Int. | J | T | | | | | |
| 68 | Time Warner CS | | None | J | T | | | | | |
| 69 | Agere Sys Inc. Class A CS | | None | J | T | | | | | |
| 70 | Agere Sys Inc. Class B CS | | None | J | T | | | | | |
| 71 | Cisco Systems CS | | None | J | T | | | | | |
| 72 | Citigroup CS | A | Div. | J | T | | | | | |
| 73 | Dow Chemical CS | A | Div. | J | T | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- | --- |
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | August 16, 2004 |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 74 EMC Corp CS | | None | J | T | | | | | |
| Ford Motor CS | A | Div. | J | T | Buy | 5/9 | J | | |
| Intel CS | A | Div. | J | T | Buy | 5/9 | J | | |
| Lucent CS | | None | J | T | Buy | 3/1 | J | | |
| Pfizer CS | A | Div. | J | T | Buy | 3/1 | J | | |
| PCCW CS | | None | J | T | Buy | 1/10 | J | | |
| Qwest CS | | None | J | T | Buy | 3/1 | J | | |
| 75 UAL CS | | None | J | T | Buy | 2/11 | J | | |
| 76 TRUST #1 | | | | | | | | | |
| 77 PNC Trust Account | A | Int. | J | T | | | | | |
| 78 AMCAP MF | A | Div. | J | T | | | | | |
| 79 Fundamental Inv. MF | A | Div. | J | T | | | | | |
| 80 Growth Fund of America MF | A | Div. | J | T | | | | | |
| 81 Investment Co of America MF | A | Div. | J | T | | | | | |
| 82 New Perspective MF | A | Div. | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | August 16, 2004 |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 83 Washington Mutual Inv. MF | A | Div. | J | T | | | | | |
| 84 | | | | | | | | | |
| 85 TRUST #2 | | | | | | | | | |
| 86 PNC Trust Account | A | Int. | K | T | | | | | |
| 87 AMCAP MF | A | Div. | K | T | | | | | |
| 88 Fundamental Inv. MF | A | Div. | K | T | | | | | |
| 89 Growth Fund of America MF | A | Div. | K | T | | | | | |
| 90 Investment Co of America MF | A | Div. | K | T | | | | | |
| 91 New Perspective MF | A | Div. | K | T | | | | | |
| 92 Washington Mutual Inv. MF | A | Div. | K | T | | | | | |
| 93 | | | | | | | | | |
| 94 TRUST #3 | | | | | | | | | |
| 95 PNC Trust Account | A | Int. | J | T | | | | | |
| 96 AMCAP MF | A | Div. | K | T | | | | | |
| 97 Fundamental Inv. MF | A | Div. | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 8 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amt.<br>Code1<br>(A-H) | (2)<br>Type<br>(e.g., div., rent or int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value<br>Code2<br>(J-P) | (4)<br>Gain<br>Code1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 98  Growth Fund of America MF | A | Div. | K | T | | | | | |
| 99  Investment Co of America MF | A | Div. | K | T | | | | | |
| 100  New Perspective MF | A | Div. | K | T | | | | | |
| 101  Washington Mutual Inv. MF | A | Div. | K | T | | | | | |
| 102 | | | | | | | | | |
| 103  TRUST #4 | | | | | | | | | |
| 104  PNC Trust Account | A | Int. | J | T | | | | | |
| 105  AMCAP MF | A | Div. | L | T | | | | | |
| 106  Fundamental Inv. MF | A | Div. | L | T | | | | | |
| 107  Growth Fund of America MF | A | Div. | L | T | | | | | |
| 108  Investment Co of America MF | A | Div. | L | T | | | | | |
| 109  New Perspective MF | A | Div. | K | T | | | | | |
| 110  Washington Mutual Inv. MF | A | Div. | L | T | | | | | |
| 111 | | | | | | | | | |
| 112  REAL ESTATE PARTNERSHIPS | | | | | | | | | |

| 1 | Income/Gain Codes:<br>(See Col. B1, D4) | A=$1,000 or less<br>F=$50,001- $100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- | --- |
| 2 | Value Codes:<br>(See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001- $100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 9 INVESTMENTS and TRUSTS -- income, value, transactions (Includes hose of
spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 113 West Moon Twp. Assoc. | A | Dist. | J | U | | | | | |
| 114 Bensalem Realty Assoc. | G | Dist. | N | U | | | | | |
| 115 Vandergrift Assoc. | D | Dist. | N | U | | | | | |
| 116 FC Hyde Property Partners | A | Dist. | J | U | | | | | |
| 117 FC Robinson Partners | C | Dist. | J | U | | | | | |
| 118 FC Treesdale Assoc. | A | Dist. | K | U | | | | | |
| 119 Rodi Land Assoc. | C | Dist. | K | U | | | | | |
| 120 FC Donegal Assoc. | | None | J | U | | | | | |
| 121 First City GA Partners | M | Dist. | J | U | | | | | |
| 122 First City WV Partners | M | Dist. | J | U | | | | | |
| 123 Saddlebrook Associates | A | Dist. | K | U | | | | | |
| 124 McIntyre Square Associates | A | Dist. | J | U | | | | | |
| 125 First City CT Development Prt (X) | N | Dist. | J | U | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ▬▬▬▬▬▬▬▬▬▬ Date _August 16, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2003

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)*<br>Hardiman, Thomas M. | 2. Court or Organization<br>U.S. District Court for the Western District of Pennsylvania | 3. Date of Report<br>June 10, 2004 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br>U.S. District Judge - Active | 5. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial  _X_ Annual  ___ Final | 6. Reporting Period<br>01/01/03 to 12/31/03 |
| 7. Chambers or Office Address<br>1014 U.S. Post Office & Courthouse<br>Seventh & Grant Streets<br>Pittsburgh, Pa. 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1. Partner | Reed Smith LLP |
| 2. Director | Big Brothers Big Sisters of Greater Pittsburgh, Inc. |
| 3. | |

2005 JUN 14 P 2: 21 FINANCIAL DISCLOSURE OFFICE RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1. | |
| 2. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

A. Filer's Non-Investment Income

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1. 2003 | Reed Smith LLP | $ 185,714 |
| 2. | | $ |
| 3. | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1. 2003 | The First City Company | |
| 2. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Thomas M. Hardiman | Date of Report<br>June 10, 2004 |
|---|---|---|

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [X] 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [ ] | NONE (No such reportable gifts.) | | |
| 1 | Academy of Trial Lawyers of Allegheny County | Honorary Membership | $ 500.00 |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=25,000,001-50,000,000   P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | June 10, 2004 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, | | | | | | | | | |
| 1 PNC Checking Account | A | Int. | L | T | | | | | |
| ESB Bank Savings Account | A | Int. | M | T | | | | | |
| 2 PNC Money Market Account | C | Int. | M | T | | | | | |
| 3 Vanguard Prmcp Mut. Fund (MF) | A | Div. | K | T | | | | | |
| 4 Columbia Banc Common Stk (CS) | A | Div. | K | T | | | | | |
| 5 Evoxis Convertible Debt | | None | D | T | Buy | 8/18 | J | A | |
| 6 WACHOVIA EQUITY ACCT. | | | | - | | | | | |
| 7 Evergreen Money Market (MM) | A | Int. | L | T | | | | | |
| 8 Aldila CS | | None | J | T | | | | | |
| 9 America West CS | | None | | | Sell | 4/4 | J | | |
| Apria Healthcare Group CS | | None | J | T | Buy | 5/16 | J | | |
| AT&T CS | A | Div. | J | T | Buy / Buy | 8/8 / 10/8 | K / J | A / A | |
| Bank of America CS | A | Div. | J | T | Buy | 10/28 | J | A | |
| 10 Bell South CS | A | Div. | J | T | | | | | |
| 11 BJ's Wholesale CS | | None | K | T | | | | | |
| 12 Borders Group CS | | None | J | T | | | | | |
| Cable & Wireless PLC | | None | | | Buy | 3/3 | J | A | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimate | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of*
*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 13 Capital One Financial CS | A | Div. | K | T | Buy | 1/24 | J | | |
| 14 Citigroup CS | A | Div. | K | T | | | | | |
| 15 Cold Metal Products CS | | None | | | Sell | 6/4 | J | | |
| 16 Cole National Corp. CS | | None | K | T | | | | | |
| 17 Cooper Tire & Rubber CS | A | Div. | J | T | | | | | |
| 18 Cytec Inc. CS | | None | | | Sell | 4/30 | J | A | |
| 19 Dawson Geophysical CS | | None | J | T | | | | | |
| 20 Disney CS | A | Div. | K | T | Sell part | 5/12 | J | A | |
| 21 Dycom Indus. CS | | None | | | Sell | 8/26, 12/10 | J | D | |
| 22 Fairchild Semiconductor CS | | None | | | Sell | 9/12, 11/24 | J | D | |
| 23 Fannie Mae CS | A | Div. | K | T | Buy | 8/20 | J | | |
| 24 Globespanvitra Inc. CS | | None | | | Sell | 4/2 | K | B | |
| 25 Goodrich Corp. CS | A | Div. | | | Sell | 5/30 | J | | |
| 26 Gundle SLT CS | | None | K | T | | | | | |
| 27 Loews Corp. CS | A | Div. | J | T | | | | | |
| 28 Magellan Health Svcs. CS | | None | | | Sell | 4/30 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 P4=More than $50,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | June 10, 2004 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 29 Massey Energy CS | A | Div. | | | Sell | 5/9, 5/30 | K | A | |
| Medco Health Solutions CS (Merck spinoff) | | None | J | T | Buy | 8/20 | J | | |
| Merck CS | A | Div. | K | T | Buy | 1/30 | J | | |
| 30 Motorola Inc. CS | A | Div. | J | T | | | | | |
| 31 MPS Group CS | | None | J | T | Sell part | 10/23 | J | A | |
| 32 Newmont Mining CS | A | Div. | J | T | | | | | |
| 33 Nucentrix Broadband CS | | None | J | T | | | | | |
| 34 Payless Shoesource CS | | None | | | Sell | 5/28 | J | | |
| 35 Peak Int'l CS | | None | J | T | | | | | |
| 36 PNC Financial Svcs CS | A | Div. | K | T | | | | | |
| 37 Reuters Group PLC ADR | A | Div. | K | T | | | | | |
| 38 Sangstat Medical Corp. CS | | None | | | Buy Sell | 1/21 9/12 | K K | D | |
| 39 Sears Roebuck & Co. CS | A | Div. | K | T | | | | | |
| 40 Sprint Corp. CS | A | Div. | K | T | | | | | |
| 41 Tektronix Inc. CS | | None | | | Sell | 5/6 | J | A | |
| 42 Travelers PPTY Class A CS | A | Div. | | | Sell | 5/5 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | If not exempt from disclosure (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 43 Travelers PPTY Class B CS | A | Div. | | | Sell | 5/14 | J | | |
| 44 United Therapeutics CS | | None | K | T | Sell part | 7/8, 9/16 | J | C | |
| 45 UST Inc. CS | B | Div. | K | T | | | | | |
| 46 Waste Management CS | A | Div. | K | T | | | | | |
| 47 | | | | | | | | | |
| 48 WACHOVIA BOND ACCT. | | | | | | | | | |
| 49 Evergreen MMF | A | Int. | J | T | | | | | |
| 50 Duke Energy Pfd. Stk. (PF) | B | Div. | J | T | | | | | |
| 51 Goodyear Tire PF | B | Div. | K | T | | | | | |
| 52 Ryder System Inc. PF | B | Div. | K | T | | | | | |
| 53 Safeco Cap PF | B | Div. | K | T | | | | | |
| 54 Franklin Biotech MF | A | Div. | J | T | | | | | |
| 55 Investment Co. MF | A | Div. | K | T | | | | | |
| 56 Putnam New Opp. MF | A | Div. | J | T | | | | | |
| 57 Wash. Mut. Inves. MF | A | Div. | K | T | | | | | |
| 58 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 5 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 59 401(k) ACCOUNT #1 | | | | | | | | | |
| 60 Principal MM | A | Int. | J | T | | | | | |
| 61 Principal Large Cap MF | A | Div. | K | T | | | | | |
| 62 Principal Med. Co. Bld MF | A | Div. | J | T | | | | | |
| 63 Principal Sm. Co. Grwth MF | A | Div. | J | T | | | | | |
| 64 Principal Int'l Stock MF | A | Div. | J | T | | | | | |
| 65 Principal Fin. Grp Inc. | A | Div. | J | T | | | | | |
| 66 401(k) ACCOUNT #2 | | | | | | | | | |
| 67 Dreyfus US Treasury MM | A | Int. | J | T | | | | | |
| 68 Time Warner CS | | None | J | T | | | | | |
| 69 Agere Sys Inc. Class A CS | | None | J | T | | | | | |
| 70 Agere Sys Inc. Class B CS | | None | J | T | | | | | |
| '1 Cisco Systems CS | | None | J | T | | | | | |
| 2 Citigroup CS | A | Div. | J | T | | | | | |
| 3 Dow Chemical CS | A | Div. | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C $2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less<br>N=$250,001-$500,000<br>P3=$25,000,001-$50,000,000 | K=$15,001-$50,000<br>O=$500,001-$1,000,000 | L=$50,001-$100,000<br>P1=$1,000,001-$5,000,000<br>P4=More than $50,000,000 | M=$100,001-$250,000<br>P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal<br>U=Book value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 6 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 74   EMC Corp CS | | None | J | T | | | | | |
| Ford Motor CS | A | Div. | J | T | Buy | 5/9 | A | | |
| Intel CS | A | Div. | J | T | Buy | 5/9 | A | | |
| Lucent CS | | None | J | T | Buy | 3/1 | A | | |
| Pfizer CS | A | Div. | J | T | Buy | 3/1 | A | | |
| PCCW CS | | None | J | T | Buy | 1/10 | A | | |
| Qwest CS | | None | J | T | Buy | 3/1 | A | | |
| 75   UAL CS | | None | J | T | Buy | 2/11 | A | | |
| 76   TRUST #1 | | | | | | | | | |
| 77   PNC Trust Account | A | Int. | J | T | | | | | |
| 78   AMCAP MF | A | Div. | J | T | | | | | |
| 79   Fundamental Inv. MF | A | Div. | J | T | | | | | |
| 80   Growth Fund of America MF | A | Div. | J | T | | | | | |
| 81   Investment Co of America MF | A | Div. | J | T | | | | | |
| 82   New Perspective MF | A | Div. | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Thomas M. Hardiman | June 10, 2004 |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 83  Washington Mutual Inv. MF | A | Div. | J | T | | | | | |
| 84 | | | | | | | | | |
| 85  TRUST #2 | | | | | | | | | |
| 86  PNC Trust Account | A | Int. | K | T | | | | | |
| 87  AMCAP MF | A | Div. | K | T | | | | | |
| 88  Fundamental Inv. MF | A | Div. | K | T | | | | | |
| 89  Growth Fund of America MF | A | Div. | K | T | | | | | |
| 90  Investment Co of America MF | A | Div. | K | T | | | | | |
| 91  New Perspective MF | A | Div. | K | T | | | | | |
| 92  Washington Mutual Inv. MF | A | Div. | K | T | | | | | |
| 93 | | | | | | | | | |
| 94  TRUST #3 | | | | | | | | | |
| 95  PNC Trust Account | A | Int. | J | T | | | | | |
| 96  AMCAP MF | A | Div. | K | T | | | | | |
| 97  Fundamental Inv. MF | A | Div. | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Thomas M. Hardiman | June 10, 2004 |

## VII. Page 8 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 98 Growth Fund of America MF | A | Div. | K | T | | | | | |
| 99 Investment Co of America MF | A | Div. | K | T | | | | | |
| 100 New Perspective MF | A | Div. | K | T | | | | | |
| 101 Washington Mutual Inv. MF | A | Div. | K | T | | | | | |
| 102 | | | | | | | | | |
| 103 TRUST #4 | | | | | | | | | |
| 104 PNC Trust Account | A | Int. | J | T | | | | | |
| 105 AMCAP MF | A | Div. | L | T | | | | | |
| 106 Fundamental Inv. MF | A | Div. | L | T | | | | | |
| 107 Growth Fund of America MF | A | Div. | L | T | | | | | |
| 108 Investment Co of America MF | A | Div. | L | T | | | | | |
| 109 New Perspective MF | A | Div. | K | T | | | | | |
| 110 Washington Mutual Inv. MF | A | Div. | L | T | | | | | |
| 111 | | | | | | | | | |
| 112 REAL ESTATE PARTNERSHI S | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 9 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instuctions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 113 West Moon Twp. Assoc. | A | Dist. | J | U | | | | | |
| 114 Bensalem Realty Assoc. | G | Dist. | N | U | | | | | |
| 115 Vandergrift Assoc. | D | Dist. | N | U | | | | | |
| 116 FC Hyde Property Partners | A | Dist. | J | U | | | | | |
| 117 FC Robinson Partners | C | Dist. | J | U | | | | | |
| 118 FC Treesdale Assoc. | A | Dist. | K | U | | | | | |
| 119 Rodi Land Assoc. | C | Dist. | K | U | | | | | |
| 120 FC Donegal Assoc. | | None | J | U | | | | | |
| 121 First City GA Partners | M | Dist. | J | U | | | | | |
| 122 First City WV Partners | M | Dist. | J | U | | | | | |
| 123 Saddlebrook Associates | A | Dist. | K | U | | | | | |
| 124 McIntyre Square Associates | A | Dist. | J | U | | | | | |
| 125 First City CT Development Prt | N | Dist. | J | U | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S= ss ssment W=Estimated | T=Cash/Market | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signat re _____          Date ___June 10, 2004___

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544